Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

# CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 26-12062

**Caption:**
C Store Depot, Inc. v. U.S. Food and Drug Administration

District and Division: U.S. District Court for the Middle District of Florida (Tampa)
Name of Judge: Judge Mary S. Scriven
Nature of Suit: Appeal of Agency Decision

Date Complaint Filed: February 20, 2026
District Court Docket Number: 8:26-cv-00483-MSS-CPT

Date Notice of Appeal Filed: 06/09/2026
☐ Cross Appeal ☐ Class Action

Has this matter previously been before this court?
☐ Yes ☑ No
If Yes, provide
(a) Caption: ____
(b) Citation: ____
(c) Docket Number: ____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Sophia Shams<br>Daniel Tenny | 950 Pennsylvania Ave NW, Washington, DC 20530 | 202-514-2495 |
| For Appellee:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | | | |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☐ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $ 0 |
| ☐ Diversity | ☑ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $ 0 |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded: $ 0 to n/a |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | Injunctions: |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | ☐ TRO |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☑ Preliminary ☐ Granted |
| | | ☑ Injunction | ☐ Permanent ☐ Denied |
| | | ☐ Other ____ | |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☑ Yes ☐ No
What is the issue you claim is one of First Impression? Whether FDA's promulgation of the Final PMTA Rule violated the requirements of the Regulatory Flexibility Act

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

If Yes, provide
(a) Case Name/Statute Regulatory Flexibility Act (RFA)
(b) Citation 5 U.S.C. §§ 601–612
(c) Docket Number if unreported n/a

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☑ Yes ☐ No

If Yes, provide
(a) Case Name Enorama Pharma, Inc. v. FDA
(b) Citation
(c) Docket Number if unreported No. 26-502
(d) Court or Agency District Court for the District of Columbia

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☑ Yes ☐ No

If Yes, explain briefly:

Kealani Distribution v. FDA, 168 F.4th 741 (5th Cir. 2026) (holding that FDA's promulgation of the Final PMTA Rule did not violate the RFA)

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

whether FDA's promulgation of the Final PMTA Rule violated the RFA

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 25th DAY OF June, 2026.

Sophia Shams
NAME OF COUNSEL (Print)

/s/ Sophia Shams
SIGNATURE OF COUNSEL