**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

| | |
|---|---|
| THE C STORE DEPOT, INC., *et al.*,<br><br>*Plaintiffs-Appellees*,<br><br>v.<br><br>U.S. FOOD & DRUG ADMINISTRATION, *et al.*,<br><br>*Defendants-Appellants*. | Case No. 26-12062 |

**SUPPLEMENT TO PLAINTIFFS-APPELLEES' OCTOBER 13, 2026 UNOPPOSED MOTION FOR EXTENSION OF TIME <u>TO FILE APPELLEES' BRIEF</u>**

Plaintiffs-Appellees, The C-Store Depot, Inc. and Zest Brands LLC, by and though their attorneys James C. Fraser and the law firm Thompson Hine LLP, here file this supplement to their October 13, 2026 Unopposed Motion for Extension of Time to File Appellees' Brief [Dkt. 23] to advise the court of further events that give cause to the five (5) calendar day extension requested by the Plaintiffs-Appellees.

1. The morning of this supplement's filing, lead counsel for the Plaintiffs-Appellees, Eric N. Heyer, was diagnosed with pneumonia. He has been ill for some time, likely made worse by a bevy of deadlines previously noted by Plaintiffs-Appellees in their second request for extension of time to file their brief on October 13, 2026. Co-counsel here files the instant supplement.

2. While co-counsel has supported this matter, that does not replace Mr. Heyer's direct knowledge of the case at hand. Co-counsel requires Mr. Heyer's input, and Plaintiffs-Appellees would be prejudiced without the support of their lead counsel.

3. Plaintiff-Appellees' motion for second extension of time cited several unforeseen and competing deadlines in lead counsel's other litigation matters that made very difficult the drafting of the brief by lead counsel (as well as the team supporting him).[1] These competing deadlines have made drafting the brief as intended nearly impossible on their own, and were complicated by Mr. Heyer's illness.

4. Given the severity of Mr. Heyer's illness, he should not be working. Attached hereto is a note from Mr. Heyer's doctor advising that he should not be working from the period October 21-24, 2026.

---

[1] These competing deadlines included an October 16, 2026 motion for summary judgment set on an expedited schedule before the United States District Court for the District of Columbia (*Enorama Pharma Inc. v. FDA*, D.D.C. No. 1:26-cv-00502), travel to New York City on October 19-20, 2026 to participate in a mandatory in-person conference before the Southern District of New York (*People of the State of New York v Puff Bar, et al.*, S.D.N.Y. No. 1:25-cv-01445-MMG-VF); and a motion for summary determination due on October 15, 2026, as well as pending oppositions to motions to strike a key expert witness's report and for other exclusions due during this Court's briefing period (*Certain Disposable and Other Closed-System Electronic Nicotine Delivery Systems (ENDS) Devices and Components Thereof*, International Trade Commission Investigation No. 337-TA-1486)(The ITC gives only 10 days to respond to motions. *See* 19 CFR 210.59(a).)

5. Mr. Heyer's illness is yet another intervening, unforeseen event of the type that are contemplated by 11th Cir. R. 31-2(d) in support of the short, five-day requested extension to October 26, 2026.

Respectfully submitted,

THOMPSON HINE LLP

Dated: October 21, 2026 By: /s/ James C. Fraser

James C. Fraser
1999 K Street, NW, Suite 600
Washington, DC 20006
Phone: 202.331.8800
Fax: 202.331.8330
james.fraser@thompsonhine.com

*Counsel for Plaintiffs-Appellees*

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Supplement complies with the type-volume requirement set forth in Federal Rule of Appellate Procedure 27(d)(2)(A). The word count feature found in Microsoft Word reports that the Motion contains 434 words, excluding the items exempted by Federal Rule of Appellate Procedure 32(f).

Plaintiffs-Appellees' Supplement complies with the typeface and typestyle requirements of Federal Rule of Appellate Procedure 32 because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman, size 14 font.

/s/ James C. Fraser
James C. Fraser

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25(d), I hereby certify that on October 21, 2026, a true and correct copy of the foregoing Plaintiffs-Appellees' Unopposed Motion for Extension of Time to File Appellees' Brief was filed with the Clerk via the Court's ECM/ECF system and thereby served via electronic mail on counsel of record, all of whom are registered ECF users.

/s/ James C. Fraser
James C. Fraser